

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00544-CV

**IN THE INTEREST L.J.R.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01389
Honorable Richard Garcia, Judge Presiding

# O R D E R

The Appellant-Mother, S.H's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to September 24, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court